NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LEMON BAY COVE, LLC,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2022-2242

---

Appeal from the United States Court of Federal Claims in No. 1:17-cv-00436-MCW, Senior Judge Mary Ellen Coster Williams.

---

**JUDGMENT**

---

DAVID SMOLKER, Smolker Mathews, LLP, Tampa, FL, argued for plaintiff-appellant.

ANDREW MARSHALL BERNIE, Environment & Natural Resources Division, United States Department of Justice, Washington, DC, argued for defendant-appellee.  Also represented by MICHAEL THOMAS GRAY, THEKLA HANSEN-YOUNG, TODD KIM, BENJAMIN RICHMOND.

CHRISTOPHER M. KIESER, Pacific Legal Foundation,

Sacramento, CA, for amicus curiae Pacific Legal Foundation.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, CLEVENGER and CHEN, *Circuit Judges*).

### AFFIRMED. *See* Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

March 6, 2024
Date

Jarrett B. Perlow
Clerk of Court